IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN (DUBUQUE) DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 21-CR-1015 |
| Plaintiff, | **INDICTMENT** |
| vs. | Count 1 |
| COLLIN D. NISSEN, | 18 U.S.C. §§ 2252(a)(2) and 2252(b)(1): Receipt of Child Pornography |
| Defendant. | Counts 2-4 |
| | 18 U.S.C. §§ 2252A(a)(5)(B) and 2252A(b)(2): Possession of Child Pornography |

The Grand Jury charges:

## Count 1
### Receipt of Child Pornography

Between in or about March 2019 and September 2020, in the Northern District of Iowa and elsewhere, the defendant, COLLIN D. NISSEN, knowingly received and attempted to receive visual depictions of minors engaged in sexually explicit conduct, using a means and facility of interstate and foreign commerce, and said visual depictions having been transported in and affecting interstate and foreign commerce.

This was in violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(b)(1).

## Count 2
### Possession of Child Pornography

Between in or about March 2019 and August 2020, in the Northern District of Iowa and elsewhere, the defendant, COLLIN D. NISSEN, knowingly

possessed and attempted to possess visual depictions of minors engaged in sexually explicit conduct, including a depiction involving a prepubescent minor or a minor who had not attained 12 years of age, said visual depictions having been produced using materials that had previously been shipped and transported in and affecting interstate and foreign commerce, namely, a Samsung SM-G973U cellular telephone that had been manufactured outside the state of Iowa, and said visual depictions having been transported in and affecting interstate and foreign commerce and using a means and facility of interstate and foreign commerce.

This was in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

## Count 3
## Possession of Child Pornography

Between in or about March 2019 and September 2020, in the Northern District of Iowa and elsewhere, the defendant, COLLIN D. NISSEN, knowingly possessed and attempted to possess visual depictions of minors engaged in sexually explicit conduct, including a depiction involving a prepubescent minor or a minor who had not attained 12 years of age, said visual depictions having been produced using materials that had previously been shipped and transported in and affecting interstate and foreign commerce, namely, a Samsung SM-A205U cellular telephone that had been manufactured outside the state of Iowa, and said visual depictions having been transported in and affecting interstate and foreign commerce and using a means and facility of interstate and foreign commerce.

This was in violation of Title 18, United States Code, Sections 2252A(a)(5)(B)

and 2252A(b)(2).

## Count 4
## Possession of Child Pornography

Between in or about April 2020 and August 2020, in the Northern District of Iowa and elsewhere, the defendant, COLLIN D. NISSEN, knowingly possessed and attempted to possess visual depictions of minors engaged in sexually explicit conduct, including a depiction involving a prepubescent minor or a minor who had not attained 12 years of age, said visual depictions having been produced using materials that had previously been shipped and transported in and affecting interstate and foreign commerce, namely, a SanDisk micro SD card that had been manufactured outside the state of Iowa, and said visual depictions having been transported in and affecting interstate and foreign commerce and using a means and facility of interstate and foreign commerce.

This was in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

A TRUE BILL

/s/Foreperson
Grand Jury Foreperson     May 04 2021
                          Date

SEAN R. BERRY
Acting United States Attorney

By: Liz Dupuich

LIZ DUPUICH
Assistant United States Attorney

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY
And filed 5/4/2021
ROBERT L. PHELPS, CLERK