# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
### EASTERN DIVISION

| UNITED STATES OF AMERCIA | HEARING MINUTES | Sealed: No |
|---|---|---|
| Plaintiff(s) | Case No.: | 21-CR-1015-CJW |
| vs. | Presiding Judge: | Mark A Roberts, Magistrate Judge |
| COLLIN D NISSEN | Deputy Clerk: | Jill Hawkins |
| Defendant(s) | Official Court Record: | FTR Gold |

| Date: | 5/11/2021 | Start: | 3:03 PM | Adjourn: | 3:08 PM | Courtroom: | 4, 4th Floor, Cedar Rapids, IA |
|---|---|---|---|---|---|---|---|
| Appearances: | Plaintiff(s): | AUSA Elizabeth Dupuich (by phone) ||||||
| | Defendant(s): | Appears personally and is represented by Christopher Nathan (by phone) ||||||
| | U.S. Probation: | Amy Moser (by phone) ||||||
| | Interpreter: | --- | | Language: | --- | Certified: -- | Phone: -- |

| TYPE OF PROCEEDING: | INITIAL APPEARANCE: | X | AND/OR | ARRAIGNMENT: | X |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| Date of indictment: | | 5/4/2021 ||||
| Was defendant *Mirandized*? | | Yes ||||
| Defendant pleaded: | | Not Guilty ||||
| Counsel: | Retained: | | or | Appointed FPD or CJA: FPD | Christopher Nathan |
| Stipulation to discovery plan? | | Yes | Did defendant provide financial affidavit? | | No |
| Did the government move for detention? | | | Yes | Was the defendant detained? | Yes |
| Oral Motion for Detention/Preliminary hearing? | | | Detention | Date: | 5/18/2021 at 2:00 PM |
| Trial date: | 7/12/2021 before Judge CJ Williams |||||
| The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (5/29/09) ¶7. ||||||
| **Miscellaneous:** | Court confirms the United States' obligation under Rule 5(f), that is, to disclose to the defendant all exculpatory evidence as required by *Brady v. Maryland* and its progeny. Failure to disclose any such evidence in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or sanction by the Court. |||||