# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
## EASTERN DIVISION

| UNITED STATES OF AMERCIA, Plaintiff, vs. COLLIN D. NISSEN, Defendant. | **HEARING MINUTES**    Sealed: No |
|---|---|
| | Case No.: 21-CR-1015-CJW-MAR-1 |
| | Presiding Judge: Mark A Roberts, Magistrate Judge |
| | Deputy Clerk: Sarah Melvin |
| | Official Court Record: FTR Gold |

| Date: | 7/23/2021 | Start: | 12:10 PM | Adjourn: | 12:14 PM | Courtroom: | 4, 4th Floor, Cedar Rapids, IA |
|---|---|---|---|---|---|---|---|
| Appearances: | | Plaintiff(s): | AUSA Elizabeth Dupuich | | | | |
| | | Defendant(s): | Appears personally and is represented by AFPD Chris Nathan | | | | |
| | | U.S. Probation: | Garrett Frommelt | | | | |
| | | Interpreter: | --- | Language: | --- | Certified: -- | Phone: -- |

| **TYPE OF PROCEEDING:** | **INITIAL APPEARANCE ON REVOCATION OF PRETRIAL RELEASE** |
|---|---|

| | Date of Petition: | 7/21/2021 |
|---|---|---|
| | Was defendant *Mirandized*? | Yes |
| | Counsel: Retained: ___ or Appointed FPD or CJA: X   AFPD Chris Nathan | |
| | Did defendant provide financial affidavit? | Doc. 16 |
| | Did the government move for detention? Yes   Was the defendant detained? Yes | |
| | Oral Motion for Detention/Preliminary hearing? No   Date: -- | |
| | Final Revocation Hearing Date: Waived | |
| | The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (5/29/09) ¶7. | |
| **Miscellaneous:** | Court informs Defendant of his consular notification rights. | |
| | Defendant waives final hearing on Petition to Revoke Pre-Trial Release. Court orders pre-trial release revoked. | |

Page **1** of 1