IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN (DUBUQUE) DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) No. 21-CR-1015 |
| vs. | ) |
| COLLIN D. NISSEN, | ) GOVERNMENT'S REQUEST TO FILE MOTION FOR ORDER OF RECORD OF DISPOSITION UNDER SEAL |
| Defendant. | ) |

Pursuant to Local Rule 5(c), the government requests leave to file a motion for a court order of disposition records under seal as it relates to the topic of confidential court records. The government has contacted defense counsel who has no objection to the government's motion being filed under seal.

Given the nature of this information, the government respectfully requests the Court grant this request to file its motion under seal, so that the filing is not made available on the public docket.

Respectfully submitted,

TIMOTHY T. DUAX
Acting United States Attorney

By: *s/ Liz Dupuich*

LIZ DUPUICH
Assistant United States Attorney
111 Seventh Avenue SE, Box 1
Cedar Rapids, Iowa 52401
(319) 363-6333 / (319) 363-1990 (fax)
Elizabeth.Dupuich@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2022, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the parties or attorneys of record.

UNITED STATES ATTORNEY

BY: /s/ TVM