IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN (DUBUQUE) DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) No. 21-CR-1015 |
| vs. | ) |
| COLLIN D. NISSEN, | ) |
| Defendant. | ) |

**UNRESISTED MOTION TO SEAL GOVERNMENT'S SENTENCING MEMORANDUM AND EXHIBITS**

The government respectfully requests that this Court grant permission to file its sentencing memorandum and exhibits under seal. The documents are sensitive in nature. The memorandum contains references to the presentence investigation report and juvenile information. The exhibits reflect a transcript of a non-public proceeding and a police report.

Pursuant to Local Rule 5(c), the government respectfully requests leave to file its sentencing memorandum and exhibits under seal, so that these filings are not made available on the public docket. The defense has no objection to this request.

Respectfully Submitted,

TIMOTHY T. DUAX
Acting United States Attorney

By: */s/Liz Dupuich*

LIZ DUPUICH
Assistant United States Attorney
111 Seventh Avenue SE, Box 1
Cedar Rapids, Iowa 52401
(319) 363-6333 / (319) 363-1990 (fax)
Elizabeth.Dupuich@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2022, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing to the parties or attorneys of record.

UNITED STATES ATTORNEY

BY: /s/ TVM